BARBER et al. v. LANCY. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Mandeville J. Barber and others, as executors, etc., against Mary K. Lancy. No opinion. Motion to dismiss appeal denied. For decision on appeal, see 35 N. Y. Supp. 626.

BARNARD, Respondent, v. BROWN, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by John C. Barnard against George C. Brown, No opinion. Order affirmed, with $10 costs and disbursements.

BARR, Respondent, v. FISH et al., Appellants. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Joseph A. Barr against Henry L. Fish and another. No opinion. Motion for reargument or for leave to go to the court of appeals denied. See 34 N. Y. Supp. 489.

BARWICK, Respondent, v. YOUMANS, Appellant. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by William A. Barwick against Edgar W. Youmans. Motion for leave to appeal to the court of appeals. See 34 N. Y. Supp. 140, 143.

PER CURIAM. As the question which is decisive of this case will be presented to the court of appeals upon another appeal, to which this appellant is a party, we think that the present motion should be granted, to prevent a possible injustice which may arise if the court of appeals should differ from this court in its conclusions.

BATAVIA BANK, Respondent, v. FREEMAN et al., Appellants. (Supreme Court, General Term, First Department. November 15, 1895.) Action by the Batavia Bank against Alfred A. Freeman and others (William H. Ricketts, receiver). F. Bien, for William H. Ricketts, receiver. A. Knauth, for respondent. No opinion. Judgment modified so as to allow costs to receiver, and affirmed as modified, without costs of appeal.

BEARDSLEY, Appellant, v. POPE, Respondent. (Supreme Court, General Term, Third Department. September 27, 1895.) Action by George E. Beardsley against Willis G. Pope. No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 34 N. Y. Supp. 846.

BECKER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Charles F. Becker against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's motion for a new trial denied, and judgment directed for the defendant on the verdict.

BEERS et al., Respondents, v. NORTH AMERICAN RUBBER CO., Appellant. (City Court of New York, General Term. October 29, 1895.) Action by Edward Beers and others against the North American Rubber Company. Thomas J. Ritch, Jr., for appellant. Leon Kronfield, for respondents. No opinion. Order affirmed, with costs.

BENTLEY et al., Respondents, v. WELLS, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Ella G. Bentley and another against Schuyler C. Wells. No opinion. Judgment affirmed.

BERNER v. KAYE. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Herman D. Berner against Solomon L. Kaye. No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. See 35 N. Y. Supp. 181.

BERNHARDT et al., Respondents, v. REDELL, Appellant. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by J. Christ Bernhardt and another against Lewis A. Redell. No opinion. Judgment affirmed, with costs.

BIGGS et al., Respondents, v. RIGHTMEYER et al., Appellants. (Supreme Court, General Term, Fourth Department. July Term, 1895.) Action by Fred C. Biggs and others against Homer W. Rightmeyer and others. No opinion. Order affirmed.

BINGHAMTON TRUST CO., Appellant, v. WESTON et al., Respondents. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by the Binghamton Trust Company against Abija Weston and another. No opinion. Judgment affirmed.

BIXBY v. CASINO CO. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Robert F. Bixby against the Casino Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 35 N. Y. Supp. 677.

BOEHM, Respondent, v. COMMERCIAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Caroline L. Boehm against the Commercial Life Insurance Company of New York. No opinion. Judgment and order affirmed. See 30 N. Y. Supp. 660.